*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KENT SCHOOL DISTRICT NO. 415,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, META PAYMENTS INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC., SNAP INC., TIKTOK INC., BYTEDANCE INC., ALPHABET INC., GOOGLE LLC, XXVI HOLDINGS INC., and YOUTUBE, LLC,<br><br>　　　　　　　　　　Defendants. | No. 2:23-cv-00045<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that attorney Garrett Heilman, counsel for Plaintiff Kent School District No. 415, has updated his address with the Western District of Washington. Effective immediately, please direct all further pleadings, discovery, and communications intended for Plaintiff to the address listed below:

>　Garrett Heilman
>　Keller Rohrback L.L.P.
>　1201 Third Avenue, Suite 3200
>　Seattle, WA 98101-3052
>　Telephone: (206) 623-1900
>　gheilman@kellerrohrback.com

RESPECTFULLY SUBMITTED this 12th day of January, 2023.

KELLER ROHRBACK L.L.P.

By */s/ Garrett A. Heilman*
Garrett A. Heilman
Cari C. Laufenberg
Derek W. Loeser
Dean N. Kawamoto
Felicia J. Craick
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com
dkawamoto@kellerrohrback.com
gheilman@kellerrohrback.com
fcraick@kellerrohrback.com

Christopher Springer (*pro hac vice* to follow)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Attorneys for Plaintiff*

NOTICE OF CHANGE OF
ADDRESS

1

KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384