# Laura Hobbs

| | |
|---|---|
| **From:** | ECF-CAND |
| **Sent:** | Monday, March 6, 2023 12:43 PM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:23-cv-00045

DETAILS: Case transferred from Washington Western has been opened in California Northern District as case 4:23-cv-00988, filed 03/03/2023.